USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1-9-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUSAN FORTE,

                         Plaintiff,

      - against -

COLUMBIA UNIVERSITY, et al.

                        Defendants.
------------------------------------------------------------X

18-cv-08923 (LAK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves Defendant's motion for clarification and/or partial consideration regarding ESI search terms, which was not addressed in the Court's previous order addressing custodians and time frame.

      As an initial matter, the Court finds plaintiff counsel's accusations against defense counsel for his characterization of Plaintiff's submissions to be entirely unfounded. The very reason the Court did not address search terms in the previous order is because the correspondence to the Court addressing ESI barely discussed search terms, and Plaintiff's letter to the Court focused on custodians and time frame but did not discuss the relevance or import of specific search terms.

      In any event, having reviewed and considered the substance of the search term issue in light of the instant motion, the Court orders as follows: In addition to what Defendant already has agreed to include as search terms (including using "procedure(s)" and "protocol(s)" with respect to custodian Thomas), Plaintiff may select three of the five

search terms in dispute, which Defendant shall then include in its ESI protocol for all custodians.

Dated: January 9, 2020
New York, New York

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Copies transmitted to all counsel of record.