```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SUSAN FORTE,                                    :    18-CV-8923 (LAK) (RWL)
                                                :
                    Plaintiff,                  :    ORDER
                                                :
        - against -                             :
                                                :
COLUMBIA UNIVERSITY, et al.,                    :
                                                :
                    Defendants.                 :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The stay will remain in place at least until the status report on Plaintiff's health to be submitted on April 9, 2021.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 31, 2021
       New York, New York

Copies transmitted this date to all counsel of record.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2021