
Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

June 1, 2020

Evandro C. Gigante
Member of the Firm
d +1.212.969.3132
f 212.969.2900
egigante@proskauer.com
www.proskauer.com

**By ECF**

Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2021
```

    Re:   *Susan Forte v. Columbia University, et al*
           Civil Action No. 18-cv-08923

Dear Mag. Judge Lehrburger:

We are counsel for Defendant The Trustees of Columbia University in the City of New York ("Columbia" or "Defendant") in the above-referenced action.

We write to inform the Court that undersigned counsel for Columbia has a conflict with the telephonic case management conference set for June 16, 2021 at 9:30 a.m. due to a previously-set hearing in another matter. (Dkt. No. 93.) Columbia therefore respectfully requests that the Court continue and reset the conference for one of the following dates on which counsel for both parties are available:

        June 14, 2021
        June 22 (10:00 am – 1:00 pm and 3:00 – 5:00 pm)
        June 24, 2021

Counsel for Plaintiff does not oppose Columbia's request for adjournment. This is the first request for adjournment of this case management conference.

Respectfully submitted,

PROSKAUER ROSE, LLP

By: */s/ Evandro C. Gigante*
      Evandro C. Gigante
      Margaret F. Swetman (*admitted pro hac vice*)
      *Attorneys for Defendant*

The Case Management Conference currently set for June 16, 2021 at 9:30 a.m. is hereby rescheduled to **June 22, 2021** at **3:00 p.m.**

SO ORDERED:
6/2/2021
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Newark | Paris | São Paulo | Washington, DC