UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SUSAN FORTE,

                        Plaintiff,

          - against -

COLUMBIA UNIVERSITY, et al.

                      Defendants.
-------------------------------------------------------------X

18-CV-08923 (LAK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    As per the conference held on August 25, 2021, Plaintiff shall serve all responses, and/or letter application for a protective order, to Defendants' outstanding discovery requests by **August 30, 2021**.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: August 25, 2021
       New York, New York

Copies transmitted this date to all counsel of record.