```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUSAN FORTE,

                           Plaintiff,

        - against -

COLUMBIA UNIVERSITY, et al.

                       Defendants.
------------------------------------------------------------X

18-CV-08923 (LAK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court received the parties letter providing an update regarding settlement discussions and discovery. By **January 28, 2022**, the parties shall file a letter advising the Court as to the status of settlement.

                                              SO ORDERED.

                                              _____
                                              ROBERT W. LEHRBURGER
                                              UNITED STATES MAGISTRATE JUDGE

Dated: January 13, 2022
       New York, New York

Copies transmitted this date to all counsel of record.